# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133771(61)

IRVING ALLISON,
        Plaintiff-Appellee,

v

AEW CAPITAL MANAGEMENT, L.L.P., d/b/a
SUTTON PLACE APARTMENTS,
        Defendant,
and

VILLAGE GREEN MANAGEMENT COMPANY
And BFMSIT, II,
        Defendants-Appellants.
_____

SC: 133771
COA: 269021
Oakland CC: 2005-063356-NO

On order of the Chief Justice, the motion by Property Management Association of Michigan and others for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007 _____

                                     Clerk